**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTOINETTE DELGADILLO,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 2:26-cv-02771-ICD<br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court is Plaintiff's motion for an extension of time to file a dispositive motion. *See* ECF No. 12.

Good cause appearing, Plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 12, is GRANTED.

2. Plaintiff's motion for summary judgment is due **November 19, 2026.**

IT IS SO ORDERED.

Dated: November 5, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE